# EXHIBIT 2



February 24, 2025

**VIA EMAIL**

U.S. DOGE Service
736 Jackson Place NW
Washington, DC 20503
USDS@omb.eop.gov

**Re: Freedom of Information Act Request**

Dear FOIA Officer(s):

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the implementing regulations of your agency, American Oversight makes the following request for records.

In January 2025, the Trump Administration froze nearly all U.S. foreign aid.[1] Subsequently, *Politico* reported that the administration was exploring shutting down the U.S. Agency for International Development (USAID) and folding it into the State Department (STATE).[2] Elon Musk of the Department of Government Efficiency (DOGE) stated that it is time for USAID "to die."[3] In the following days, a similar situation emerged as the Trump Administration announced that Director of the Office of Management and Budget (OMB) Russell Vought would serve as Acting Director of the Consumer Financial Protection Bureau (CFPB), with Musk stating "RIP CFPB."[4] On February 4, 2025, CNN reported that the Trump Administration was drafting an executive order to begin the elimination of the Department of Education (ED).[5] American Oversight seeks records with the potential to shed light on these changes to federal agency structure and operations.

---

[1] *See, e.g.*, Ellen Knickmeyer & Farnoush Amiri, *State Department Freezes New Funding for Nearly All US Aid Programs Worldwide*, Assoc. Press (Jan. 24, 2025, 8:15 PM), https://apnews.com/article/state-department-trump-foreign-aid-bf047e17ef64cb42a1a1b7fdf05caffa.
[2] Robbie Gramer et al., *Trump Is Wreaking Havoc at USAID. Is the Goal to Shut It Down?*, Politico (Jan. 31, 2025, 2:11 PM), https://www.politico.com/news/2025/01/31/trump-usaid-shutdown-state-department-00201760.
[3] Carmen Paun et al., *Musk on USAID: 'Time for It to Die'*, Politico (Feb. 2, 2025, 3:29 PM), https://www.politico.com/news/2025/02/02/musk-usaid-time-00201987.
[4] *See, e.g*, Tony Romm, *DOGE Targets Consumer Financial Protection Bureau as Musk Tweets 'RIP'*, Wash. Post, Feb. 5, 2025, https://www.washingtonpost.com/business/2025/02/07/cfpb-doge-trump-musk-chopra/.
[5] Alayna Treene & Katie Lobosco, *Trump Administration Drafting Executive Order to Initiate Department of Education's Elimination*, CNN (updated Feb. 4, 2025, 5:29 PM), https://www.cnn.com/2025/02/04/politics/education-department-trump-executive-order/index.html.

- 2 -

**Requested Records**

American Oversight requests that your agency produce the following records within twenty business days:

1. **All email communications** (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) **and text messages** (including complete text message threads or conversations) **or messages on messaging platforms** (such as Signal, Slack, GChat or Google Hangouts, Lync, Skype, X (formerly Twitter) direct messages, Facebook messages, WhatsApp, Telegram, or Parler) <u>sent or received</u> by any of the USDS officials listed below <u>and</u> containing any of the following key terms, also listed below.
   <u>USDS Officials</u>:
   i. Elon Musk
   ii. Anyone serving as Elon Musk's chief of staff, secretary, scheduler, assistant, senior adviser, and/or special adviser

   <u>Key Terms</u>:
   a. "clean house"
   b. Gemini
   c. "shut down"
   d. shutter
   e. resign*
   f. dismantl*
   g. eliminat*
   h. freez*
   i. froz*
   j. reduc*
   k. separat*
   l. gut
   m. death
   n. die
   o. pause
   p. RIP
   q. RIF
   r. "admin leave"
   s. "admin. leave"
   t. "administrative leave"
   u. Rubio
   v. Bessent
   w. USAID
   x. U.S.A.I.D.
   y. "Agency for International Development"
   z. CFPB
   aa. "Consumer Financial Protection"
   bb. Benz

cc. "foreign aid"
dd. "foreign assistance"
ee. Humanitarian
ff. Education
gg. "stop work"
hh. "stop-work"
ii. Rohit
jj. Chopra
kk. cessation
ll. Vought

**For part one of this request, please provide all responsive records from January 29, 2025, through the date the search is conducted.**

2. **All email communications** (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) **and text messages** (including complete text message threads or conversations) **or messages on messaging platforms** (such as Signal, Slack, GChat or Google Hangouts, Lync, Skype, X (formerly Twitter) direct messages, Facebook messages, WhatsApp, Telegram, or Parler) <u>sent or received</u> by any of the USDS officials listed below <u>and</u> containing any of the following key terms, also listed below.

   <u>USDS Officials</u>:
   i.      Steve Davis
   ii.     Brad Smith
   iii.    Katie Miller
   iv.     Riccardo Biasini
   v.      Akash Bobba
   vi.     Edward Coristine
   vii.    Luke Farritor
   viii.   Gautier "Cole" Killian
   ix.     Gavin Kliger
   x.      Nikhil Rajpal
   xi.     Anthony Armstrong
   xii.    Stephanie Holmes

   <u>Key Terms</u>:
   a. "clean house"
   b. Gemini
   c. "shut down"
   d. shutter
   e. resign*
   f. dismantl*
   g. eliminat*
   h. freez*
   i. froz*
   j. reduc*

    k.  separat*
    l.  gut
    m.  death
    n.  die
    o.  pause
    p.  RIP
    q.  RIF
    r.  "admin leave"
    s.  "admin. leave"
    t.  "administrative leave"
    u.  Rubio
    v.  Bessent
    w.  USAID
    x.  U.S.A.I.D.
    y.  "Agency for International Development"
    z.  CFPB
    aa.  "Consumer Financial Protection"
    bb.  Benz
    cc.  "foreign aid"
    dd.  "foreign assistance"
    ee.  Humanitarian
    ff.  Education
    gg.  "stop work"
    hh.  "stop-work"
    ii.  Rohit
    jj.  Chopra
    kk.  cessation
    ll.  Vought
    mm.  purg*
    nn.  remov*
    oo.  terminat*
    pp.  dismiss*
    qq.  fir*

**For part two of this request, please provide all responsive records from January 20, 2025, through the date the search is conducted.**

For both parts of this request, please note that American Oversight is using the asterisk (*) to designate the standard use of "wildcards" in the search for responsive records. For example, a search for "separat*" would return all of the following: separate, separation, separating, etc. If your agency is unable to search for wildcards, please advise so that we may specifically include the variations that we would like searched.

For both parts of this request, regarding emails, American Oversight requests that complete email chains be produced, displaying both sent and received messages. This means that both a listed official's response to a responsive email

- 4 -

and the initial received message are responsive to this request and should be produced.

For both parts of this request, regarding text messages or messages on other messaging platforms, American Oversight requests that full text message threads/conversations be produced. For example, if an official sent or received a text message containing any of the key terms listed above, the complete thread/conversation for the timeframe listed below should be produced, and not just the message containing the key term.

**Fee Waiver Request**

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii) and your agency's regulations, American Oversight requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures will likely contribute to a better understanding of relevant government procedures by the general public in a significant way. Moreover, the request is for non-commercial purposes.

American Oversight requests a waiver of fees because disclosure of the requested information is "in the public interest because it is likely to contribute significantly to public understanding of operations or activities of the government."[6] The public has a significant interest in attempts to dismantle, downsize, or eliminate federal agencies.[7] Records with the potential to shed light on this matter would contribute significantly to public understanding of operations of the federal government, including whether and to what extent agency officials are involved in attempts to dismantle or eliminate federal agencies. American Oversight is committed to transparency and makes the responses agencies provide to FOIA requests publicly available, and the public's understanding of the government's activities would be enhanced through American Oversight's analysis and publication of these records.

This request "is not primarily in the commercial interest of the requester."[8] In fact, as a 501(c)(3) nonprofit, American Oversight does not have a commercial purpose, and the release of the information requested is not in American Oversight's commercial interest. American Oversight's mission is to promote transparency in government, to educate the public about government activities, and to ensure the accountability of government officials. American Oversight uses the information gathered, and its analysis of it, to educate the public through reports, press releases, or other media. American Oversight

---

[6] 5 U.S.C. § 552(a)(4)(A)(iii).
[7] *See, e.g.*, Joey Garrison & Erin Mansfield, *5 Ways Elon Musk Is Working to Dismantle the Federal Government*, USA TODAY (Feb. 11, 2025, 5:11 AM), https://www.usatoday.com/story/news/politics/2025/02/11/elon-musk-doge-government/78383919007/; Christopher Bling & Annie Waldman, *The Staffers Helping Elon Musk Dismantle and Downsize the U.S. Government, One Agency at a Time*, ProPublica (Feb. 11, 2025, 6:25 PM), https://www.propublica.org/article/elon-musk-doge-staffers-additional-names.
[8] 5 U.S.C. § 552(a)(4)(A)(iii).

also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and X (formerly Twitter).[9]

American Oversight has also demonstrated its commitment to the public disclosure of documents and creation of editorial content through regular substantive analyses posted to its website.[10] Examples reflecting this commitment include the posting of records related to the first Trump Administration's contacts with Ukraine and analyses of those contacts;[11] posting records and editorial content about the federal government's response to the COVID-19 pandemic;[12] posting records received as part of American Oversight's "Audit the Wall" project to gather and analyze information related to the first Trump administration's proposed construction of a barrier along the U.S.-Mexico border, and analyses of what those records reveal;[13] the posting of records related to an ethics waiver received by a senior Department of Justice attorney and an analysis of what those records demonstrated regarding the Department's process for issuing such waivers;[14] and posting records and analysis of federal officials' use of taxpayer dollars to charter private aircraft or use government planes for unofficial business.[15]

Accordingly, American Oversight qualifies for a fee waiver.

---

[9] American Oversight currently has approximately 16,000 followers on Facebook and 95,700 followers on X (formerly Twitter). American Oversight, Facebook, https://www.facebook.com/weareoversight/ (last visited Feb. 14, 2025); American Oversight (@weareoversight), X (formerly Twitter), https://x.com/weareoversight (last visited Feb. 14, 2025).
[10] *See generally News*, American Oversight, https://www.americanoversight.org/blog.
[11] *Trump Administration's Contacts with Ukraine*, American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-contacts-with-ukraine.
[12] *See generally The Trump Administration's Response to Coronavirus*, American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-response-to-coronavirus; *see, e.g., CDC Calendars from 2018 and 2019: Pandemic-Related Briefings and Meetings*, American Oversight, https://www.americanoversight.org/cdc-calendars-from-2018-and-2019-pandemic-related-briefings-and-meetings.
[13] *See generally Audit the Wall*, American Oversight, https://www.americanoversight.org/investigation/audit-the-wall; *see, e.g., Border Wall Investigation Report: No Plans, No Funding, No Timeline, No Wall*, American Oversight, https://www.americanoversight.org/border-wall-investigation-report-no-plans-no-funding-no-timeline-no-wall.
[14] *DOJ Records Relating to Solicitor General Noel Francisco's Recusal*, American Oversight, https://www.americanoversight.org/document/doj-civil-division-response-noel-francisco-compliance; *Francisco & the Travel Ban: What We Learned from the DOJ Documents*, American Oversight, https://www.americanoversight.org/francisco-the-travel-ban-what-we-learned-from-the-doj-documents.
[15] *See generally Swamp Airlines: Chartered Jets at Taxpayer Expense*, American Oversight, https://www.americanoversight.org/investigation/swamp-airlines-private-jets-taxpayer-expense; *see, e.g., New Information on Pompeo's 2017 Trips to His Home State*, American Oversight, https://www.americanoversight.org/new-information-on-pompeos-2017-trips-to-his-home-state.

**Guidance Regarding the Search & Processing of Requested Records**

In connection with its request for records, American Oversight provides the following guidance regarding the scope of the records sought and the search and processing of records:

- Please search all locations and systems likely to have responsive records, regardless of format, medium, or physical characteristics. For instance, if the request seeks "communications," please search all locations likely to contain communications, including relevant hard-copy files, correspondence files, appropriate locations on hard drives and shared drives, emails, text messages or other direct messaging systems (such as iMessage, WhatsApp, Signal, or X (formerly Twitter) direct messages), voicemail messages, instant messaging systems such as Lync or ICQ, and shared messages systems such as Slack.

- In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. We seek records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages, and transcripts, notes, or minutes of any meetings, telephone conversations, or discussions.

- Our request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted. To the extent that an email is responsive to our request, our request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

- Please search all relevant records or systems containing records regarding agency business. Do not exclude records regarding agency business contained in files, email accounts, or devices in the personal custody of your officials, such as personal email accounts or text messages. Records of official business conducted using unofficial systems or stored outside of official files are subject to the Federal Records Act and FOIA.[16] It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time; American Oversight has a right to records contained in those files even if material has not yet been moved to official systems or if officials have, by intent or through negligence, failed to meet their obligations.[17]

---

[16] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, 827 F.3d 145, 149–50 (D.C. Cir. 2016); *cf. Judicial Watch, Inc. v. Kerry*, 844 F.3d 952, 955–56 (D.C. Cir. 2016).
[17] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, No. 14-cv-765, slip op. at 8 (D.D.C. Dec. 12, 2016).

- Please use all tools available to your agency to conduct a complete and efficient search for potentially responsive records. Agencies are subject to government-wide requirements to manage agency information electronically,[18] and many agencies have adopted the National Archives and Records Administration (NARA) Capstone program, or similar policies. These systems provide options for searching emails and other electronic records in a manner that is reasonably likely to be more complete than just searching individual custodian files. For example, a custodian may have deleted a responsive email from his or her email program, but your agency's archiving tools may capture that email under Capstone. At the same time, custodian searches are still necessary; agencies may not have direct access to files stored in .PST files, outside of network drives, in paper format, or in personal email accounts.

- In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. If a request is denied in whole, please state specifically why it is not reasonable to segregate portions of the record for release.

- Please take appropriate steps to ensure that records responsive to this request are not deleted by the agency before the completion of processing for this request. If records potentially responsive to this request are likely to be located on systems where they are subject to potential deletion, including on a scheduled basis, please take steps to prevent that deletion, including, as appropriate, by instituting a litigation hold on those records.

**Conclusion**

If you have any questions regarding how to construe this request for records or believe that further discussions regarding search and processing would facilitate a more efficient production of records of interest to American Oversight, please do not hesitate to contact American Oversight. American Oversight welcomes an opportunity to discuss its request with you before you undertake your search or incur search or duplication costs. By working together at the outset, American Oversight and your agency can decrease the likelihood of costly and time-consuming litigation in the future.

Where possible, please provide responsive material in an electronic format by email. Alternatively, please provide responsive material in native format or in PDF format on a USB drive. Please send any responsive material being sent by mail to American Oversight, 1030 15th Street NW, Suite B255, Washington, DC 20005. If it will

---

[18] Presidential Memorandum—Managing Government Records, 76 Fed. Reg. 75,423 (Nov. 28, 2011), https://obamawhitehouse.archives.gov/the-press-office/2011/11/28/presidential-memorandum-managing-government-records; Office of Mgmt. & Budget, Exec. Office of the President, Memorandum for the Heads of Executive Departments & Independent Agencies, "Managing Government Records Directive," M-12-18 (Aug. 24, 2012), https://www.archives.gov/files/records-mgmt/m-12-18.pdf.

accelerate release of responsive records to American Oversight, please also provide responsive material on a rolling basis.

We share a common mission to promote transparency in government. American Oversight looks forward to working with your agency on this request. If you do not understand any part of this request, please contact please contact Emma Lewis at foia@americanoversight.org or (202) 919-6303. Also, if American Oversight's request for a fee waiver is not granted in full, please contact us immediately upon making such a determination.

    Sincerely,

    */s/ Emma Lewis*
    Emma Lewis
    on behalf of
    American Oversight