UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY, et al.,<br><br>      Defendants. | Civil Action No. 25-1251 (RC) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

By and through undersigned counsel, Defendants respectfully move to extend the deadline to respond to the Complaint in this matter by thirty-five days—i.e., until July 1, 2025. Pursuant to Local Civil Rule 7(m), the undersigned contacted Plaintiff's counsel, who does not oppose the relief requested herein. The grounds for this motion are as follows.

Plaintiff filed the Complaint in this action on April 23, 2025, and served the U.S. Attorney's Office on or about the next day. Defendants' deadline to respond is currently May 27, 2025.

While the undersigned has just recently been assigned to this matter, counsel has already reached out to the relevant agency and intends to promptly gather information necessary for the defense of this action. That said, the undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency, explore whether this case may be resolved without litigation, and if not, formulate Defendants' response to Plaintiff's Complaint. Accordingly, Defendants request this extension of time.

Defendants propose this extension in good faith and not for the purpose of delay. This is Defendants' first request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel

a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiff's Complaint.

    WHEREFORE, without Plaintiff's objection, Defendants respectfully request that the deadline to respond to the Complaint be extended through and including July 1, 2025. A proposed order is enclosed herewith.

Dated: May 22, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kaitlin K. Eckrote*
    KAITLIN K. ECKROTE
    D.C. Bar #1670899
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2485
    Kaitlin.Eckrote@usdoj.gov

*Attorneys for the United States of America*