UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY, et al.,<br><br>    Defendants. | Civil Action No. 25-1251 (RC) |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants, by and through undersigned counsel, respectfully move to dismiss Plaintiff American Oversight's Complaint. In support of this motion, Defendants respectfully refer the Court to the accompanying memorandum of law. A proposed order is submitted herewith.

Dated:  July 1, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:        /s/ *Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2485

*Attorneys for the United States of America*