# EXHIBIT 1



Office *of the* Chief
Records Officer *for the*
U.S. Government

**Sent Via Email. No Hard Copy to Follow.**

March 27, 2025

Ron Fein
Chief Counsel
American Oversight
1030 15th St. NW, B255,
Washington, D.C. 20005

Dear Mr. Fein:

Thank you for your letter dated January 22, 2025, outlining American Oversight's concerns about allegations of the unauthorized destruction of records by the U.S. Department of Government Efficiency ("DOGE"). The issues raised in your letter are now before the United States District Court for the District of Columbia Circuit, *see CREW v. U.S. DOGE Service*, 1:25-cv-00511. The National Archives and Records Administration (NARA) is a party to that litigation, and will work closely with the Department of Justice to respond appropriately through that process.

Sincerely,

*William Fischer*

WILLIAM FISCHER
Chief Records Officer
for the U.S. Government (Acting)