# EXHIBIT 3

**Subject:** American Oversight FOIA Requests
**Date:** Thursday, April 17, 2025 at 6:40:09 PM Eastern Daylight Time
**From:** admin
**To:** FOIA
**Category:** STATUS

EXTERNAL SENDER

Dear American Oversight:

We are writing in reference to your Freedom of Information Act (FOIA) requests to USDS.

As set forth in Executive Order 14158, Establishing and Implementing the President's "Department of Government Efficiency," USDS sits within the Executive Office of the President, and the USDS Administrator reports to the President's Chief of Staff. We write now to inform you that USDS is subject to the Presidential Records Act, 44 U.S.C.S. § 2201 et seq., and is not subject to FOIA. We therefore decline your requests.

---

**From:** FOIA <foia@americanoversight.org>
**Sent:** Thursday, April 17, 2025 11:45 AM
**To:** admin <admin@DOGE.eop.gov>
**Subject:** [EXTERNAL] Previously Forwarded FOIA Request - (FOIA #USDS-25-0639)

Dear U.S. DOGE Service:

On 3/12/2025, American Oversight submitted the attached Freedom of Information Act (FOIA) request, bearing American Oversight's file number USDS-25-0639, to you ("USDS") using the email address FOIA requesters have historically used for submitting FOIA requests to USDS, usds@omb.eop.gov. As of this date, your agency has not made the public aware, on your website nor in any other location, of any alternative preferred address for submitting FOIA requests. For that reason, we consider the attached request properly submitted on 3/12/2025.

Recently, we received an email response from admin@DOGE.eop.gov pertaining to another FOIA request, which was also submitted to usds@omb.eop.gov. However, we have received no response—not even an acknowledgement of USDS's receipt of the attached FOIA request—from your agency. As a courtesy, are forwarding the request to you at admin@DOGE.eop.gov and by U.S. Mail at U.S. DOGE Service, 736 Jackson Place NW, Washington, DC 20503.

Please email American Oversight at foia@americanoversight.org with any questions or response regarding our FOIA request.

Thank you,
--
**Anna Brier** | She/Her
Paralegal | American Oversight
foia@americanoversight.org

AMERICAN OVERSIGHT

>www.americanoversight.org< | @weareoversight

FOIA #USDS-25-0639

**From:** FOIA <foia@americanoversight.org>
**Date:** Wednesday, March 12, 2025 at 1:39 PM
**To:** USDS@omb.eop.gov <USDS@omb.eop.gov>
**Subject:** Freedom of Information Act Request (USDS-25-0639)

Dear FOIA Officer,

Please find attached a request for records under the Freedom of Information Act.

Best,
--
**Mariuxi Pintado** l (she/her)
Senior Paralegal l American Oversight
foia@americanoversight.org l
>www.americanoversight.org< l @weareoversight

FOIA Request: USDS-25-0639

AMERICAN OVERSIGHT