UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMERICAN OVERSIGHT,

      Plaintiff,

    v.

U.S. DEPARTMENT OF GOVERNMENT
EFFICIENCY, et al.,

      Defendants.

Civil Action No. 25-1251 (RC)

---

## JOINT STATUS REPORT

Pursuant to the Court's June 17, 2026, Minute Order, the parties file this joint status report.

On December 18, 2025, the Court granted Defendants' motion to stay this matter and ordered that "this matter shall remain stayed until the D.C. Circuit's decision in *In re: U.S. Doge Services* becomes final, including any Supreme Court review, if a petition for a writ of certiorari is sought." That matter remains pending. The government filed a petition for a writ on certiorari in the Supreme Court on March 18, 2026, (No. 25-1103), and the respondent filed its brief in opposition on June 22, 2026. The government will continue to monitor the docket and respectfully proposes that the parties file a joint status report within fourteen (14) days of additional developments.

Dated: July 1, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kaitlin K. Eckrote*
    KAITLIN K. ECKROTE
    D.C. Bar #1670899
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530

(202) 252-2485
Kaitlin.Eckrote@usdoj.gov

*Attorneys for the United States of America*


/s/ Elizabeth Haddix
Elizabeth Haddix
D.C. Bar No. 90019750
Loree Stark
D.C. Bar No. 90021926
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
Elizabeth.haddix@americanoversight.org

*Attorneys for Plaintiff American Oversight*