Search documents in this case: Search

## No. 25-1103

| | |
|---|---|
| Title: | **U.S. DOGE Service, et al., Petitioners**<br>**v.**<br>**United States District Court for the District of Columbia, et al.** |
| Docketed: | March 20, 2026 |
| Lower Ct: | United States Court of Appeals for the District of Columbia Circuit |
| Case Numbers: | (25-5130) |
| Decision Date: | July 14, 2025 |
| Rehearing Denied: | December 18, 2025 |

**Questions Presented**

## Proceedings and Orders

| | |
|---|---|
| Mar 18 2026 | Petition for a writ of certiorari filed. (Response due April 20, 2026)<br>**Petition** **Proof of Service** |
| Apr 10 2026 | Motion to extend the time to file a response from April 20, 2026 to May 20, 2026, submitted to The Clerk.<br>**Main Document** |
| Apr 13 2026 | Motion to extend the time to file a response is granted and the time is extended to and including May 20, 2026, for all respondents. |
| May 05 2026 | Motion to extend the time to file a response from May 20, 2026 to June 22, 2026, submitted to The Clerk.<br>**Main Document** |
| May 06 2026 | Motion to extend the time to file a response is granted and the time is further extended to and including June 22, 2026, for all respondents. |

| | |
|---|---|
| Jun 22 2026 | Brief of respondent Citizens for Responsibility and Ethics in Washington in opposition filed.<br>**Main Document** **Certificate of Word Count** **Proof of Service** |
| Jul 01 2026 | Reply of petitioners U.S. Doge Service, et al. filed.<br>**Main Document** **Proof of Service** |
| Jul 08 2026 | DISTRIBUTED for Conference of 9/28/2026. |
| Oct 05 2026 | DISTRIBUTED for Conference of 10/9/2026. |
| Oct 13 2026 | Petition GRANTED. |
| Oct 19 2026 | Motion of U.S. Doge Service, et al. for an extension of time submitted.<br>**Main Document** |

## Attorneys

**Attorneys for Petitioners**

D. John Sauer
*Counsel of Record*

Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

supremectbriefs@usdoj.gov
Ph: 202-514-2217

Party name: U.S. Doge Service, et al.

**Attorneys for Respondents**

Jonathan Edward Maier
*Counsel of Record*

Citizens for Responsibility and Ethics in Wash.
P.O. Box 14596
Washington, DC 20044

jmaier@citizensforethics.org
Ph: (202) 408-5565

Party name: U.S. District Court for the District of Columbia, et al.

Nathaniel Avi Gideon Zelinsky
*Counsel of Record*

Washington Litigation Group
1717 K St.
Suite 1120
Washington, DC 20006

nzelinsky@washingtonlitigationgroup.org
Ph: 202-521-8750

Party name: Citizens for Responsibility and Ethics in Washington